UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-196-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | )   **ORDER TO SEAL**<br>)   **[DOCKET ENTRY NUMBER 36]** |
| ANDREW CHARLES LEACH, | )<br>) |
| Defendant. | ) |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 36 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the 18 day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　J. Dever
　　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　　United States District Judge